## J. T. Robinson et al v. L. R. Steele et al.

Appearance—Exceptions to Commissioner's Report Regarded as Sufficient—
Service.

.  · The filing of exceptions to a master commissioner's report, by an admin-
istrator, who had not been served with process to the suit is held to be
a sufficient appearance.

APPEAL FROM GALLITIN CIRCUIT COURT.

June 17, 1868.

Opinion of the Court by Judge Williams:

Robinson being administrator *de bonis non,* with the will an
nexed, of Upton Steele, and having received assets from the
executors who first undertook the execution of the will, and having
failed to pay the bequests to the minor plaintiff, Letitia Steele,
who sues by her guardian, and her brother, W. B. Steele, they
brought suit for a settlement and for judgment for the amount
coming to them.

After the answer of the administrator was filed, A. Gibson's
children, by petition, were made parties and asserted claim and
asked judgment for the legacy due them; to this the adminis-
trator made no response and had no service of process.

The cause, however, was referred to a commissioner for proof
and to state the accounts of the administrator and these claimants,
and he reported the amount due each respectively.

To this report the administrator took various exceptions, not
only to the allowance to the Steeles, but also to the Gibsons, and
this must be regarded as an appearance to the latter's suit, even
if the proceedings in their behalf had been irregular.

The court overruled his exceptions, and he asks a correction
of the judgment.

After regarding all the exceptions, we find but the following
errors:

The assets to be distributed are set down by the
commissioner at ........................$18,451.07
One-fifth of which is ...................... 3,690.21
Whilst he reports it at ..................... 3,879.17

This evidently being a mistake of calculation, and perhaps might be regarded a misprision, but for an exception to it, and which is also overruled; when this is corrected,

the amount due W. B. Steele is ................$344.70
instead of the adjudged amount of ............ 439.18
there is due the minor L. Steele ................ 495.10
instead of the adjudged amount of .............. 589.59
And there is due the Gibsons .................. 408.72
instead of the sum adjudged ................... 597.68

For these errors, the judgment is reversed, with directions to the court below to correct them.

*Winslow, for appellants.*